Christine Lebron-Dykeman (SBN 207070)
MCKEE, VOORHEES & SEASE, PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309
Telephone: 515-288-3667
Facsimile: 515-288-1338
Email: christine.lebron-dykeman@ipmvs.com

Attorney for Plaintiff
ROOT FOUR IMAGINATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOT FOUR IMAGINATION, INC., | Case No. 5:20-cv-02343-FLA-SHK |
| Plaintiff | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| THINKCAR TECH INC., and THINKCAR, INC. | Judge: Hon. Fernando L. Aenlle-Rocha |
| Defendants. | Ctrm: 6B, 6th Floor |
| | Complaint Filed: November 10, 2020 |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Root Four Imagination, Inc., by and through its counsel of record, hereby dismisses its claims against Defendants ThinkCar Tech Inc. and ThinkCar, Inc. with prejudice. The Parties agreed that this Court shall retain

jurisdiction for any enforcement actions relating to the Settlement Agreement executed May 25, 2021.

Dated:  June 22, 2021           MCKEE, VOORHEES & SEASE, PLC

By: /s/ Christine Lebron-Dykeman
Christine Lebron-Dykeman (SBN 207070)
Attorneys for Plaintiff
ROOT FOUR IMAGINATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I filed the foregoing document with the Clerk of Court using the CM/ECF System which will send a transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on June 22, 2021, I served the foregoing document upon ThinkCar, Inc. via U.S. Mail at 2151 South Haven Ave Unit 203, Ontario, California 91761.

/s/ Christine Lebron-Dykeman