JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOT FOUR IMAGINATION, INC., a Canadian company,<br><br>Plaintiff,<br><br>v.<br><br>THINKCAR TECH INC., a California corporation and THINKCAR INC. a California corporation,<br><br>Defendants. | Case No. 5:20-cv-02343-FLA (SHKx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**ORDER GRANTING DISMISSAL [DKT. 29]** |

Having considered Plaintiff's Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the court hereby dismisses the action in its entirety as to all Defendants with prejudice for all actions complained of up to the date of the dismissal and retains jurisdiction to enforce the terms of the Settlement Agreement entered into between Root Four Imagination, Inc.; ThinkCar Tech Inc., a California Corporation; ThinkCar Inc., a California Corporation; and ThinkCar Tech Co., Ltd., a Chinese limited company.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: June 28, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge